MICHAEL N. WESTHEIMER, State Bar No. 178938
michael.westheimer@ogletreedeakins.com
RACHEL J. MOROSKI, State Bar No. 286805
rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
GE BETZ, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROMERO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GE BETZ, INC.; DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-01356-FMO-JCx<br><br>**DECLARATION OF RACHEL J. MOROSKI IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: June 16, 2016<br>Time:　　　　10:00 a.m.<br>Courtroom:　　22 – 5th Floor<br>Judge:　　　　Hon. Fernando M. Olguin<br><br>Complaint Filed: January 25, 2016<br>Trial Date: April 11, 2017 |

## DECLARATION OF RACHEL J. MOROSKI

I, Rachel J. Moroski, hereby declare and state as follows:

1. I am an attorney duly licensed to practice before this Court. I am an associate attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant GE Betz, Inc. ("Defendant") in above-captioned action.

2. I make this declaration in support of Defendant's motion to compel Plaintiff Robert Romero ("Plaintiff") to submit his claims to arbitration. I have personal knowledge of the facts set forth below and, if called upon as a witness, I could and would competently testify thereto.

3. On March 8, 2016, I contacted Mr. Seth Tillmon of the Law Office of Seth E. Tillmon, who had previously identified himself as Plaintiff's counsel of record in this action. I informed him that I was contacting him to discuss the substance of the contemplated motion and potential resolution, and asked if Plaintiff would stipulate to the requested relief. Mr. Tillmon did not provide a substantive response to my email. A true and correct copy of my March 8, 2016 email to Mr. Tillmon is attached hereto as **Exhibit A**.

4. On March 16, 2016, Mr. Tillmon and I discussed the substance of the anticipated motion to compel arbitration by telephone. Mr. Tillmon requested copies of Defendant's Solutions Alternative Dispute Resolution Procedure and other supporting documents. On March 25, 2016, I provided the documents to Mr. Tillmon and asked again if Plaintiff would stipulate to my request. Mr. Tillmon did not respond to my request. A true and correct copy of my March 25, 2016 email is attached hereto as **Exhibit B**. After over a month Mr. Tillmon has never responded to my request and has never informed me that Plaintiff will agree to submit his claims to arbitration, or that there is any way to resolve this dispute by stipulation.

/ / /

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on May 10, 2016, at San Francisco, California.

                    /s/ *Rachel J. Moroski*
                    Rachel J. Moroski

24704875.1