# EXHIBIT A

Dear Employee,

For the past 12 years, GE Energy businesses have addressed a wide variety of U.S. employee disputes through ADR procedures (Alternate Dispute Resolution).  Most employees with ADR are covered by the newer Solutions Procedure, while some employees are covered by DRP (Dispute Resolution Process)*. In each case, ADR provides you with a four-step dispute resolution process.  It begins with formal and elevated internal reviews of a concern, continues to non-binding mediation before a third party neutral mediator and, if a concern is still not resolved, binding arbitration before a third party neutral arbitrator**.   ADR enables employees and employers to use formal internal discussions and external mediation and arbitration to resolve their differences - without the time and expense typical of court proceedings.  ADR has proven to be an effective, interactive and fair way for employee disputes to be resolved.

Since DRP and Solutions were introduced, there have been several legislative, judicial and agency developments regarding the content of alternative dispute programs with mandatory arbitration provisions.   These developments have led us to amend DRP and Solutions to ensure they continue to provide an effective and fair means of resolving workplace disputes early, quickly, and with limited disruption to employees' lives and the workplace.

For an explanation of ADR and these amendments, **CLICK HERE** to access MyLearning ADR training.

The amendments will take effect upon 60 days notice ~ December 4, 2010

Please contact your HR representative if you have any questions about these changes.


Sharon Daley
Vice President, Human Resources
GE Energy

* All U.S. exempt and salaried non-exempt employees within GE Energy are covered by Solutions, except those who have not been provided with Solutions and continue to be covered under DRP.  Additionally, non-represented hourly employees within GE Industrial Solutions are covered by Solutions.

** The results of arbitration are typically not binding on those employees under DRP who accepted their current positions prior to when DRP went into effect in June 1998.

Exhibit A