# EXHIBIT C

 **Certificate of Completion**

*This certifies that*

**Robert Romero**

*has successfully completed*

**Solutions and DRP Procedure Amendments**
**Completed on 1/9/2011**

_____

Exhibit C
Page 36