# EXHIBIT D

From: ~Corp GE Document & Policy Manager
Sent: Thursday, August 27, 2015 12:47 PM
To: [redacted] (GE Power & Water)
Subject: Action Required: GE Document & Policy Manager



GE Document & Policy Manager

English|Français|Polski|日本語|Magyar|Português|Deutsch|簡写中文|Italiano|Čeština|Español|русский|Nederland

A document that requires your review and action has been assigned to you in the GE Document & Policy Manager.

Document Name : GE P&W Alternative Dispute Resolution Procedures - 2015 Amendments
Description : You are receiving this notice as an employee who is covered by GE Power & Water's Alternative Dispute Resolution Procedures (ADR). ADR provides a framework for employees and the Company to resolve employment- related disputes in a fair and efficient way. The Company is amending its ADR Procedures as a result of recent changes in applicable law. The amendments are explained in the attached notice, and become effective November 1, 2015. Please click the link below to the Document & Policy Manager Home Page to view the notice and acknowledge receipt.

Date Due : 30-SEP-2015

Step 1 - Click the link below to log in to the GE Document & Policy Manager.
Step 2 - Click the "Document Name" in your Pending Documents list to open the document.
Step 3 - Read all pages of the document and enter any data fields that may be required.
Step 4 - Click the "Submit" button at the bottom of the last page of the document to complete the process.

Link to GE Document & Policy Manager Home Page

If you encounter any issues using the Document & Policy Manager, please reach the HR Systems Help Desk for assistance

Link to GE Document & Policy Manager User Guide

1

Exhibit D
Page 37