# EXHIBIT E

**From:** Message From Kelly Lafnitzegger
**Sent:** Friday, October 09, 2015 7:33 AM
**To:** Message From Kelly Lafnitzegger
**Subject:** ADR Procedure Update - Action Required



Dear Colleague,

You received an email on August 27, 2015 which notified you about upcoming modifications to GE Power & Water's Alternative Dispute Resolution (ADR) procedures. ADR provides a framework for employees and the Company to resolve employment- related disputes in a fair and efficient way. The email notification of August 27 contained a link to GE's Document & Policy Manager (DPM) system, where you could view the Notice and related materials, and acknowledge receipt. You have received two follow-up reminders to use the DPM link to review the material and acknowledge receipt.

The modifications will go into effect on November 1, 2015, whether or not you have formally acknowledged. **You are receiving this e-mail because you have not yet completed the acknowledgment in the system** and we wanted to give you a final opportunity to review the materials before the modifications go into effect. Please click the link below to the Document & Policy Manager Home Page to view the notice and acknowledge receipt.

Link to GE Document & Policy Manager Home Page

If you encounter any issues using the Document & Policy Manager, please reach the HR Systems Help Desk for assistance

Link to GE Document & Policy Manager User Guide

Thank you for your action on this.

Kelly

1

Exhibit E
Page 38

2