MICHAEL N. WESTHEIMER, State Bar No. 178938
michael.westheimer@ogletreedeakins.com
RACHEL J. MOROSKI, State Bar No. 286805
rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
GE BETZ, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROMERO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GE BETZ, INC.; DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01356-FMO-JCx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GE BETZ, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date: June 16, 2016<br>Time:　　　　10:00 a.m.<br>Courtroom:　　22 – 5th Floor<br>Judge:　　　　Hon. Fernando M. Olguin<br><br>Complaint Filed: January 25, 2016<br>Trial Date: April 11, 2017 |

Case No. 2:16-cv-01356-FMO-JCx
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

1  The Motion of Defendant GE BETZ, INC. ("Defendant") to compel Plaintiff ROBERT ROMERO to submit his claims against Defendant to arbitration came on for hearing on June 16, 2016, at 10:00 a.m. in Courtroom 22 of the above-captioned Court.  Having considered the pleadings in this action, the papers filed in support of and in opposition to the Motion, the argument of counsel, and all such matters as are properly before the Court, the Motion is hereby GRANTED.  Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1, *et seq.*, the Court hereby orders as follows:

   1.  Plaintiff is ordered to submit his claims against Defendant for resolution in accordance with Defendant's Solutions Alternative Dispute Resolution Procedure ("ADR Procedure") governing claims between Plaintiff and Defendant.  The ADR Procedure requires Plaintiff to submit those claims to an approved Dispute Resolution Organization for resolution, and requires resolution of those claims by final and binding arbitration.  Plaintiff's Complaint is hereby dismissed.

   **IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Fernando M. Olguin
United States District Court Judge

24705086.1